UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MITY-LITE, INC., a Utah corporation | Case No.: 1:19-cv-01494-ASW-JLT |
|---|---|
| Plaintiff<br>v.<br>EDSAL SANDUSKY CORPORATION, a Delaware Corporation; and DOES 1–5,<br>Defendants. | **PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER AND JOINT REQUEST TO CONTINUE THE RULE 26 JOINT CONFERENCE DEADLINE; PROPOSED ORDER UPON STIPULATION** |

The parties have stipulated to allow the defendant extra time to respond to the complaint, due to their desire to attempt to resolve the matter informally. (Doc. 7) the Court **ORDERS**:

1. The stipulation (Doc. 7) is GRANTED. The defendant SHALL respond to the complaint no later than January 8, 2020.

2. The Mandatory Scheduling Conference is continued to February 18, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**December 17, 2019**__     _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE