UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITY-LITE, INC., a Utah corporation<br><br>　　　　　　Plaintiff<br>　v.<br>EDSAL SANDUSKY CORPORATION,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-01494-ASW-JLT<br><br>**~~PROPOSED~~ ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE** |

　　　　Plaintiff Mity-Lite, Inc. and Defendant Edsal Sandusky Corporation seek to continue the Mandatory Scheduling Conference and related dates. Having considered the stipulation and papers submitted therewith, the Court **GRANTS** the request as follows:

　　　　1.　　The Mandatory Scheduling Conference is CONTINUED to approximately March 17, 2020 at 9:15 a.m.

　　　　2.　　The parties SHALL file their joint scheduling conference report no later than March 12, 2020.

IT IS SO ORDERED.

　　Dated: __**February 12, 2020**__　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE