UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITY-LITE, INC., | CASE NO. 1:19-cv-01494 AWI JLT |
| Plaintiff, | **ORDER CLOSING THE ACTION**<br>**(Doc. 15)** |
| v. | |
| EDSAL SANDUSKY CORPORATION, | |
| Defendant. | |

The parties have stipulated to the action being dismissed with prejudice with each side to bear their own fees and costs. (Doc. 15) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **March 17, 2020**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE